## FOURTH DEPARTMENT, SEPTEMBER, 1924.

JOHN. DELMAGE, Appellant, v. CHURCHILL GRAIN AND SEED COMPANY and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOSEPH B. SMITH v. WILLIAM RAUSCHERT.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CAPITOL FOOD COMPANY, Respondent, v. RUSSELL KILBOURNE, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CHARLES D. SOUTER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by October first and briefs by October tenth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ROSA ROY and WILLIAM ROY, Respondents, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by September twenty-sixth and briefs by October third. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

HAMILTON W. JOHNSTON, Respondent, v. HARRY M. DOWNS, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

FRANK SANDERS, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by September twenty-sixth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

PALMA MAZZARIELLO, an Infant, and Another, Respondents, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by September twenty-third. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CORNELIUS J. MOYNIHAN and Others, as Copartners, etc., Respondents, v. EMMETT W. ALEXANDER, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by September thirtieth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MARY L. CONLEY, as Executrix, etc., Respondent, v. THE POWELL CORPORATION, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by October twentieth and briefs by October twenty-seventh. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

NELLIE CLEMENS, as Administratrix, etc., Respondent, v. JOHN BENZINGER and Another, Appellants.— Appeal dismissed unless appellants are ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MICHAEL A. KENNEDY, Respondent, v. AUTOMATIC TIRE MACHINE CORPORATION, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by September thirtieth, with typewritten copy of brief to be then served. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.